■ DAVID R. BEAVER, Respondent, v WELLINGTON TALENT INTERNATIONAL, LTD., et al., Appellants.—Judgment unanimously affirmed without costs. Memorandum: In affirming the judgment of Supreme Court in this summary proceeding, we note that we have not considered the rights of the parties under the purchase and sale agreement. Those rights may be fully litigated in the pending contract action between the parties. (Appeal from Judgment of Supreme Court, Monroe County, Rosenbloom, J.—Recover Possession of Real Property.) Present—Callahan, A. P. J., Doerr, Boomer, Balio and Lawton, JJ.